COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-07-110-CV

 

WOODHAVEN HOMES, INC. AND                                         APPELLANTS        

JLK LAND, LTD.                

 

                                                   V.

ALLIANCE PROPERTY, LTD.,                                                         APPELLEES

MCCLURE DEVELOPMENT,
INC., 

J. DOUG MCCLURE,
INDIVIDUALLY, 

W.V. DEVELOPMENT
CORPORATION, 

AND MERVIN L. REAGAN,
INDIVIDUALLY 

                                                                        

                                                 AND

ALLIANCE
PROPERTY, LTD.                                                  APPELLANT

V.

WOODHAVEN HOMES, INC. AND                                            APPELLEES        

JLK LAND, LTD.

---------- 

            FROM
THE 141ST DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered the parties= AJoint
Motion For Dismissal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the 








 

appeal and cross-appeal with prejudice.  See TEX. R. APP. P.
42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let
execution issue.  See Tex. R. App. P. 43.4.

PER CURIAM

PANEL D: 
HOLMAN, GARDNER, and WALKER, JJ.

 

DELIVERED: 
August 2, 2007











[1]See Tex. R. App. P. 47.4.